UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RICARDO CALCERRADA, an individual,

        Plaintiff,

-vs-                                          Case No.  5:07-cv-295-Oc-10GRJ

SECURITAS SECURITY SERVICES, USA,
INC., a foreign corporation, RANDY
GREGG, in his individual capacity and in
his corporate capacity, GUY D. THOMAS,
in his individual capacity and in his
corporate capacity, MICHAEL DURR, in his
individual capacity and in his corporate
capacity, CLIFFORD BELCHER, in his
individual capacity and in his corporate
capacity,TUANE L. YOUNG, in his
individual capacity and in his corporate
capacity,

        Defendants.
_____

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 32) recommending that the Plaintiff's motion for remand (Doc. 21) be granted.  The Defendants filed an objection (Doc. 33) to the Magistrate Judge's report and recommendation, and the Plaintiff has filed a response (Doc. 35) in opposition to that objection.  According to the report and recommendation, the Magistrate Judge recommends that remand is appropriate.  The Magistrate Judge reasons that even though remand is not required, the values of judicial economy and convenience would be best served by remanding this case back to the state

court.  Further, the Magistrate Judge states that the principles of comity weigh in favor of remanding the case to state court, because the Court will be called upon to interpret several substantive state law issues.  Moreover, the Magistrate Judge reasons that the principles of fairness are not offended if the Court remands the case to state court.  The Defendants object to the Magistrate Judge's report and recommendation on the grounds that the interests of judicial economy, convenience and fairness strongly favor this Court retaining jurisdiction over this case.

Upon an independent review of the file and upon due consideration, the Court concludes that the Magistrate's well-reasoned report and recommendation is due to be adopted, confirmed, and made a part hereof.  The Court has reviewed the Defendants' Objections and does not find them to be persuasive.  The Plaintiff's motion for remand (Doc. 21) is GRANTED, and the Defendants' objections are OVERRULED.  The Clerk is DIRECTED to remand the case, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 29th day of April, 2008.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record